IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-cr-42-KDB

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PAUL CERA-ESCAMILLA, )<br>a/k/a PAUL CERAESCAMILLA, )<br>a/k/a PAUL ESCAMILLA CERA )<br>) | **BILL OF INDICTMENT**<br><br>Violation: 8 U.S.C. §§ 1326(a) and (b)(2) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about May 28, 2023, in Iredell County, within the Western District of North Carolina, and elsewhere, the defendant,

**PAUL CERA-ESCAMILLA,
a/k/a PAUL CERAESCAMILLA,
a/k/a PAUL ESCAMILLA CERA**

being an alien, while an order of exclusion, deportation or removal was outstanding, knowingly and unlawfully did and attempted to enter and was found in the United States without the express advance consent of the Attorney General or Homeland Security Secretary, and this occurred after he had been deported and removed from the United States and subsequent to a conviction for the commission of an aggravated felony.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

A TRUE BILL:

███████████████████

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

*/s/ Kenneth M. Smith*
KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY