# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ☐ YES  ☉ NO    **DOCKET NUMBER:** 5:23-cr-42-KDB

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME** :US vs Paul Cera-Escamilla

**COUNTY OF OFFENSE** : Iredell

**RELATED CASE INFORMATION** :

*Magistrate Judge Case Number* : 3:23-mj-00292-SCR

*Search Warrant Case Number* :

*Miscellaneous Case Number* :

*Rule 20b* :

**SERVICE OF PROCESS** : Defendant already in custody

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ☐ Petty  ☐ Misdemeanor  ☉ Felony

8 U.S.C. §§ 1326(a) and (b)(2)

**JUVENILE:** ☐ Yes  ☐ No

**ASSISTANT U. S. ATTORNEY** : Kenneth Smith

**VICTIM/WITNESS COORDINATORS:** Lynne Crout

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**